**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSONS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONITA LANG, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC., d/b/a ALBERTSONS, a Foreign Limited-Liability Company; DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:25-cv-2060-JAD-DJA<br><br><br>ECF No. 17 |

## <u>STIPULATION AND ORDER TO DISMISS DEFENDANT, ALBERTSON'S LLC D/B/A ALBERTSON'S RESORT & CASINO, WITH PREJUDICE LEAVING NO REMAINING PARTIES</u>

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC d/b/a ALBERTSONS, and Plaintiff, RONITA LANG, by and through JUSTIN A. CORNE, ESQ., and JASMIN N. STEWART, ESQ., of OHLSON CORNE LLP as follows:

*Ronita Lang v. Albertson's LLC*
*Case No.: 2:25-cv-2060-JAD-DJA*

That Defendant, ALBERTSON'S LLC d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 26th day of June, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSONS*

DATED this 20th day of June, 2026.

**OHLSON CORNE LLP**

*/s/*
**JUSTIN A. CORNE, ESQ.**
Nevada Bar No. 14504
**JASMIN N. STEWART, ESQ.**
Nevada Bar No. 16008
10100 W. Charleston Blvd., Ste. 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff,*
*RONITA LANG*

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 29, 2026

BRANDON | SMERBER
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007  |  F. 702.380.2964